IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON BROWN,<br>　　Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-3043 |
| | : | |
| SUPERIOR COURT OF<br>PENNSYLVANIA, *et al.*,<br>　　Defendant. | :<br>:<br>: | |

**FILED**
MAY 29 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 28th day of May, 2019, upon consideration of Plaintiff Jason Brown's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Complaint (ECF No. 2), Motion to Present Exhibits (ECF No. 4), Motion Requesting Service (ECF No. 5), and Motion for Issuance of Writ (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Brown's Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) in accordance with the Court's Memorandum. Brown may not file an amended complaint in this matter.

3. Brown's Motion to Present Exhibits (ECF No. 4) is **DENIED**.

4. Brown's Motion Requesting Service (ECF No. 5) is **DENIED**.

5. Brown's Motion for Issuance of Writ (ECF No. 6) is **DENIED**.

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**PETRESE B. TUCKER, J.**